**FILED**

AUG 07 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) v. ) | 2:07-CR-128-PMP-(VCF) |
| ) RICHARD VALDEZ, ) | |
| ) Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On April 12, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RICHARD VALDEZ to a criminal offense, forfeiting specific property alleged in the Second Superseding Indictment and agreed to the in Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant RICHARD VALDEZ pled guilty. Second Superseding Indictment, ECF No. 66; Minutes of Change of Plea Proceedings, ECF No. 89; Plea Memorandum, ECF No. 90; Preliminary Order of Forfeiture, ECF No. 91.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 18, 2012, through May 17, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 93.

. . .

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a. an RG Industries, Model RG23, .22 caliber revolver with no serial number; and

b. any and all ammunition ("property").

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE