# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

USA

        Plaintiff,

District No.   2:07-CR-128 PMP VCF

vs.

RICHARD VALDEZ

        Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On November 1, 2012 this court received a transcript order form dated November 1, 2012 requesting a Transcript of the hearing held on January 27, 2012 from Mr. Mario D. Valencia, counsel for the Defendant, Richard Valdez , in which **a portion of the hearing is sealed.**

        **IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant's Counsel.

        **IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

        **IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

        DATED this _____ day of November 2012.

Philip M. Pro
United States District Judge